CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONNA J. HOCKMAN, | ) | Civil Action No. 7:12-cv-00480 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:  Samuel G. Wilson |
| WENDY HOBBS, et al., | ) | United States District Judge |
| Defendant(s). | ) | |

Donna J. Hockman, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered November 27, 2012, the court directed plaintiff to submit within 10 (ten) days from the date of the Order the signed consent form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 45 (forty five) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 15th day of January, 2013.

/s/
United States District Judge