CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNA J. HOCKMAN, ) | |
|     Plaintiff, ) | Civil Action No. 7:12-cv-00480 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| WENDY HOBBS, <u>et al.</u>, ) | By:    Samuel G. Wilson |
|     Defendant(s). ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 15th day of January, 2013.

_____
United States District Judge