CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 15 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

DONNA J. HOCKMAN,    )
     Plaintiff,    )    Civil Action No. 7:12-cv-00480
         )
v.    )    **DISMISSAL ORDER**
         )
WENDY HOBBS, <u>et al.</u>,    )    By:    **Samuel G. Wilson**
     Defendant(s).    )            **United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This *15'th* day of January, 2013.

_____
United States District Judge